FILED
MAY 05 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

A11CR 259 LY

**SEALED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. _____ |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| (1) JOSE RAMIRO VICHARELLY, | § | |
| (2) IRMA LOPEZ VICHARELLY, | § | |
| (3) ANGELA PAOLA FAULK, | § | |
| (4) PEDRO SAUL OCAMPO MUNGUIA, | § | |
| (5) SERVANDO GONZALEZ, JR., | § | |
| | § | |
| Defendants. | § | |

### UNITED STATES' MOTION TO SEAL INDICTMENT AND WARRANTS FOR ARREST

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the United States Attorney for the Western District of Texas, pursuant to Fed. R. Crim. P. 6(e)(4), and respectfully requests the Court to seal the Indictment and Arrest Warrants filed in the above-styled and numbered cause, and this Motion and Order, until such time as the Defendants are in custody. The United States further requests that, upon the Defendants' initial appearances as provided by Fed. R. Crim. P. 5, the Indictment and Warrant for Arrest be automatically unsealed without further order of the Court as to that defendant.

Law enforcement officers are in the process of planning the arrests of the Defendants. Sealing the Indictment and Warrants for Arrest will assist in preventing flight to avoid arrest and prosecution.

By Respectfully submitted,

JOHN E. MURPHY
UNITED STATES ATTORNEY

By: *[signature]*
/s/ GARTH R. BACKE
GARTH R. BACKE
Assistant U. S. Attorney
816 Congress Avenue, Suite 1000
Austin, Texas   78701
Office     (512) 916-5858
Fax         (512) 916 5854
LA State Bar. No.  29570