PS 8
(8/88)

Filed  5/19/11

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Clerk, U. S. District Court
Western District of Texas

By _____
Deputy

U. S. A. vs. Jose Ramiro Vicharelly                Docket No. A-11 CR 259 (1) LY

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Stacie Salinas , U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant  Jose Ramiro Vicharelly  who was placed under pretrial release supervision by the Honorable Robert Pitman  sitting in the court at Austin, Texas, on the 10th day of May , 20 11  under the following conditions:

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

On May 10, 2011, the defendant was released on a $10,000 unsecured bond with pretrial supervision. The Court ordered the following conditions on the record, but the conditions were not marked on the bond paperwork.

8(j) Avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to: No Contact with co-defendant; exception family members.

(U) Disclose all financial records as directed by Pretrial Services.

PRAYING THAT THE COURT WILL ORDER: The order of release be amended to include the above noted bond conditions.

Respectfully submitted,

Stacie Salinas
Sr. U.S. Pretrial Services Officer
Place: Austin, Texas
Date:  May 19, 2011

### ORDER OF COURT

Considered and ordered this  19th  day of  May , 20 11 , and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge