**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0241

# Request for Premium Processing Service

**START HERE - Please Type or Print**

**FOR INS USE ONLY**

### Part 1. Information about you. *(Person or business filing this request.)*

**If filed on your own behalf:** Individual Named in the Related Case

| Family Name (Last Name) | Given Name (First Name) | Full Middle Name |
|---|---|---|
| N/A | | |

**If filed on behalf of a company:** Company or Business Named in the Related Case
LCT Lego Custom Texture, Inc.

**Mailing Address:** Street Number and Name / P.O. Box Number
2101 Van Horn

| Name of Company Contact | Title/Position |
|---|---|
| Texas Staffing Resources | President |

| City | State/Province | Zip/Postal Code |
|---|---|---|
| Cedar Park | Texas | 78613 |

IRS Tax # (if any): 74-3003964

| Request Physically Received by INS | |
|---|---|
| Date | |
| Date Returned | |
| Date | |
| Date Resubmitted | |
| Date | |
| Date | |

11/15/2004
SRC-05-030-52914
SRCNPT01

NOV 12 2004
TX2300303

You (the person submitting this request):
- [ ] Are the person named in the relating petition/application.
- [ ] Work for company/business named in the relating petition or application.
- [X] Are an attorney/representative.

**To Be Completed By**
[X] Attorney or Representative, if any. Fill in box if G-28 is attached to represent the applicant.

ATTY State License #

**Your Preferred Form of Communication:** [ ] Mail  [ ] Phone  [X] Fax  [ ] e:Mail

| Phone Number (Area/Country Code) | Fax Number (Area/Country Code) | e:Mail Address |
|---|---|---|
| 512-762-0264 | 512-401-6677 | |

### Part 2. Information about request.

| 1. Form number of related petition or application. | 2. Classification type being requested |
|---|---|
| I-129 | H-2B |
| 3. Petitioner on the relating case | 4. Beneficiary on the relating case |
| LCT Lego Custom Texture, Inc. | 20 Aliens |

### Part 3. Signature. *(Read the information on penalties in the instructions before completing this section.)*

It is understood that if the Immigration and Naturalization Service (INS) does not issue a notice or make a request for additional evidence within 15 calendar days after this request has been physically received in the appropriate INS office, a full refund will be given to the addressee shown in Part 1 of

I certify, under penalty of perjury under the laws of the United States of America, that the information provided with this request is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit being sought.

| Signature | Title (if applicable) |
|---|---|
| *[signature]* | President |
| Print Your Name | Date (MM/DD/YYYY) |
| Leonel A. LeBaron | 11/10/04 |

### Part 4. Signature of person preparing form if other than above. *(Sign below.)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date (MM/DD/YYYY) |
|---|---|---|
| *[signature] Jose Vicharelly* | Jose Vicharelly | 11/10/04 |
| Firm Name and Address | | Daytime Phone Number (Area Code and Number) |
| Texas Staffing Resources, Inc., 2101 Van Horn, Cedar Park, TX 78613 | | 512-762-0264 |

Form I-907 (Rev. 05/16/01)