# Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| AU17BR08AU0001 | CATS NO. 11-ICE-001023 | 2010R09492 |
|---|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>A-11-CR-259 LY |
|---|---|
| DEFENDANT<br>JOSE RAMIRO VICHARELLY, ET AL. | TYPE OF PROCESS<br>PRELIMINARY ORDER OF FORFEITURE |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc., to Serve or Description of Property to Seize
$2,000.00, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM THE RESIDENCE OF ANGELA FAULK AND SERVANDO GONZALES, JR., C/O IMMIGRATION AND CUSTOMS ENFORCEMENT, HOMELAND SECURITY INVESTIGATIONS

Address (Street or RFD / Apt. # / City, State, and Zip Code)
300 EAST 8TH STREET, AUSTIN, TEXAS 78701

| Send NOTICE OF SERVICE copy to Requester:<br><br>JENNIFER FREEL<br>United States Attorney's Office<br>Attn: Asset Forfeiture<br>816 Congress Avenue, Suite 1000<br>Austin, Texas 78701 | Number Of Process To Be Served In This Case. | 1 |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

**PERSONAL SERVICE IS REQUIRED**

| Signature of Attorney or other Originator requesting service on behalf of<br><br>*[signature]*<br>Jennifer S. Freel, Assistant United States Attorney | [X] Plaintiff<br><br>[ ] Defendant | Telephone No.<br>512-916-5858 | Date<br>10/13/2011 |
|---|---|---|---|

| SIGNATURE OF PERSON ACCEPTING PROCESS: *[signature]* | Date 10/25/11 |
|---|---|

### SPACE BELOW FOR USE OF LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. 1 | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED AGENCY OFFICER: *[signature]* | Date 10/25/11 |
|---|---|---|---|---|

I hereby Certify and Return That I [✓] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above:<br>RON ESTRADO, SPECIAL AGENT | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>10/25/11 | Time of Service<br>0930 | [X] AM<br>[ ] PM |
| | Signature, Title and Agency<br>*[signature]* HSI SPECIAL AGENT | | |

REMARKS:

(Ref: FSA Paralegal David Washington)

*Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to AGENCY. Retain Copy #5 for your file.*